238

Argued May 8, affirmed May 8, 1973

STATE OF OREGON, *Respondent, v.* ROBERT
HUGH McKELLAR (No. 17328),
*Appellant.*

509 P2d 547

*Joe French,* Salem, argued the cause and filed
the brief for appellant.

*John W. Burgess,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.